The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>FREDERICK RUDOLFO EDWARDS | Case Number:  13-312 KJM<br><br>**DEFENDANT'S WAIVER OF PRELIMINARY HEARING; ORDER**<br><br>**DATE: February 11, 2022**<br>**TIME: 2 PM**<br>**DEPT: CKD** |

    I, Olaf Hedberg, have been appointed to represent Frederick Edwards in the Supervised Release violations alleged in the above-captioned matter hereby declare as follows:

    1. I have met with Mr. Edwards, explained the allegations in the Supervised Release Petition filed on 5/14/21 (PACER 154) and the application of the Federal Sentencing Guidelines to his case;

2. I have also explained to him his right to have the Court conduct a preliminary hearing in order to determine whether there is probable cause to believe that the alleged violations occurred;

3. I have explained to him that at this hearing the Court must provide:

**(i)** notice of the hearing and its purpose, the alleged violation, and the person's right to retain counsel or to request that counsel be appointed if the person cannot obtain counsel;

**(ii)** an opportunity to appear at the hearing and present evidence; and

**(iii)** upon request, an opportunity to question any adverse witness, unless the judge determines that the interest of justice does not require the witness to appear.

4. I asked him if he understood the nature and purpose of the preliminary hearing, and that if the preliminary hearing was waived the Court would set him matter for an Admit/Deny hearing in front of a District Court Judge. He replied "yes".

5. I asked him if he understood the rights described in section 3 above. He replied "yes".

6. I asked him if he wished to waive and give up the rights describe in section 3 above. He replied "yes".

7. I asked him if he was waiving his right to a preliminary hearing freely, voluntarily and without any promises or pressure. He relied "yes".

8. I asked him whether, with all of the above material in his mind, he wished to waive his right to a preliminary hearing. He replied "yes".

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Dated: February 9, 2022

_____/s/_____
Olaf W. Hedberg
Atty for Frederick R. Edwards

ORDER

Based on the foregoing the Court hereby finds that Defendant Frederick Edwards has freely, knowingly and voluntarily waived his right to a preliminary hearing in the Supervised Release Violation petition filed in the matter at bar.

.

Dated: February 10, 2022

                                                    Hon. Carolyn K. Delaney
                                                    United States Magistrate Court Judge