UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK RUDOLFO EDWARDS,<br><br>Defendant. | No. 2:16-CR-00055-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release FREDERICK RUDOLFO EDWARDS; Case No. 2:16-CR-00055-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

__X__ (Other): Time Served; Defendant to be released at 2:00 PM on Monday, February 28, 2022.

Issued at Sacramento, California on __2/28/22__, at __10:22 am__

Kimberly J. Mueller
United States District Judge